IN THE MATTER OF:

Danny Marshall

_____/  , Debtor(s)

CHAPTER 13
CASE NO:  19-51353
JUDGE: ☐ TUCKER   ☒ OXHOLM

## STIPULATION ADJOURNING HEARING

This matter currently scheduled for hearing on _____1/11/2021_____, regarding
**(ONLY PROVISIONS CHECKED BELOW SHALL APPLY):**

☐ the First Meeting of Creditors.
☐ a Motion to Dismiss case.          ☒ Confirmation of Plan.
☐ a Motion to lift stay as to Creditor _____.
☐ Other:_____.

The parties having agreed to the terms herein, based on the records of the Court, the court being otherwise sufficiently advised in the premises, and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

**IT IS STIPULATED AND AGREED that:**
**(ONLY PROVISIONS CHECKED BELOW SHALL APPLY)**

☒ The above referenced matter is adjourned to ____2/8/2021 at 9am_____Room 1875_____.
☐ Debtor(s) shall be 100% current in Plan Payments, pursuant to the Trustee's records, on or before _____.
☐ Debtor(s) shall file and serve amended _____on or before _____.
☐ Debtor(s) shall attend the adjourned First Meeting of Creditors.
☐ Other: __

**IT IS FURTHER STIPULATED** that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

**IT IS FURTHER STIPULATED** that the Debtor or Debtor's Counsel shall immediately provide notice of the entry of this Order to all interested parties.

Approved per Local Rules (E.D.M.)

*/s/ Tammy L Terry*
_____
 TAMMY L. TERRY (P46254)
Chapter 13 Standing Trustee
535 Griswold, Suite 2100
Detroit, MI   48226
(313) 967-9857

Approved as to Form and Content:

/s/  Marguerite Hammerschmidt
MARGUERITE HAMMERSCHMIDT (P53908)
HS & A, PC
26676 Woodward Ave.
Royal Oak, MI 48067
(248) 988-8335
admin@hammer-stick.com

<u>/s/Kevin Erskine w/ consent</u>
Kevin Erskine (P69120)
Assistant United States Attorney
Attorney for the Internal Revenue Service
211 W. Fort St., Suite 2001
Detroit, MI 48226
(313) 226-9610
<u>kevin.erskine@usdoj.gov</u>

<u>/s/  Sarah Vorgitch w/ consent</u>
SARAH VORGITCH (P69878)
BUTLER, ROWSE-OBERLE, PLLC
Attorney for Public Service Credit Union
24525 Harper Avenue
St. Clair Shores, MI 48080
(586) 777-0770
<u>svorgitch@brolawpllc.com</u>

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:

Danny Marshall

CHAPTER 13
CASE NO: 19-51353
JUDGE: ☐ TUCKER    ☒ OXHOLM

_____/ , Debtor(s)

**ORDER ADJOURNING HEARING**

This matter currently scheduled for hearing on _____1/11/2021_____, regarding
**(ONLY PROVISIONS CHECKED BELOW SHALL APPLY):**

☐ the First Meeting of Creditors.
☐ a Motion to Dismiss case.                    ☒ Confirmation of Plan.
☐ a Motion to lift stay as to Creditor _____.
☐ Other:_____.

The parties having agreed to the terms herein, based on the records of the Court, the court being otherwise sufficiently advised in the premises, and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

**IT IS ORDERED AND AGREED that:**
**(ONLY PROVISIONS CHECKED BELOW SHALL APPLY)**

☒ The above referenced matter is adjourned to ____2/8/2021 at 9am_____ Room 1875_____.
☐ Debtor(s) shall be 100% current in Plan Payments, pursuant to the Trustee's records, on or before _____.
☐ Debtor(s) shall file and serve amended _____on or before _____.
☐ Debtor(s) shall attend the adjourned First Meeting of Creditors.
☐ Other: __

        **IT IS FURTHER ORDERED** that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

        **IT IS FURTHER ORDERED** that the Debtor or Debtor's Counsel shall immediately provide notice of the entry of this Order to all interested parties.

EXHIBIT A